

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 30, 2026

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| PATRICK CLARKE, an individual; CHRISTINE BAUKNECHT, an individual; MARY ANN DAVIS, an individual; FREDA LORRIAINE TAYLOR, an individual,<br><br>                Plaintiffs,<br><br>     v.<br><br>PROVIDENCE ST. JOSEPH HEALTH; PROVIDENCE HEALTH & SERVICES; PROVIDENCE HEALTH AND SERVICES – WASHINGTON D/B/A PROVIDENCE; PROVIDENCE ST. MARY MEDICAL CENTER; AND PROVIDENCE MEDICAL GROUP D/B/A PROVIDENCE MEDICAL GROUP SOUTHEAST WASHINGTON NEUROSURGERY, A/K/A PMG NEUROSCIENCE INSTITUTE, WALLA WALLA A/K/A NEUROSCIENCE INSTITUTE D/B/A PROVIDENCE,<br><br>                Defendants. | NO:  2:24-CV-0434-TOR<br><br>ORDER OF DISMISSAL WITH PREJUDICE |

ORDER OF DISMISSAL WITH PREJUDICE~ 1

BEFORE THE COURT is the parties' Stipulated Motion to Dismiss (ECF No. 81).  The parties seek dismissal of a claims in this action pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and Local Rule 41(a)(1)(B), with prejudice and without costs or fees to either party.  The Court has reviewed the record and files herein and is fully informed.

**ACCORDINGLY, IT IS HEREBY ORDERED**:

Pursuant to Rule 41(a)(1)(A)(ii) and the parties' stipulation, this action is **DISMISSED** with prejudice and without costs or fees to any party.

The District Court Executive is directed to enter this Order, furnish copies to counsel, and **CLOSE** the file.

**DATED** March 30, 2026.



THOMAS O. RICE
United States District Judge

ORDER OF DISMISSAL WITH PREJUDICE~ 2